JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR DEFENDANT*
*TWIN TOWERS TRADING, INC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOMERUN PRODUCTS, LLC,

               Plaintiff,

vs.

TWIN TOWERS TRADING, INC.,

               Defendants.

Case No.  2:18-cv-00794-JCM-GWF

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT  - (First Request)**

      Defendant, TWIN TOWERS TRADING, INC., by and through its counsel of record, BOWEN LAW OFFICES, and Plaintiff, HOMERUN PRODUCTS, LLC by and through its counsel of record, HUTCHISON & STEFFEN, and hereby stipulate and agree as follows:

      IT IS STIPULATED AND AGREED by and between the parties that Defendant shall have up to and including May 25, 2018 to file its Response to Plaintiff's Complaint. This is the Defendant's first request.

Dated this 22nd day of May, 2018.

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
Counsel for Defendant

Dated this 22nd day of May, 2018

*/s/ Patricia Lee, Esq.*
PATRICIA LEE, ESQ.
Nevada Bar No. 8287
**HUTCHISON & STEFFEN**
Counsel for Plaintiff

IT IS SO ORDERED:

_George Foley Jr._

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-23-2018

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797