UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOMERUN PRODUCTS, LLC, | Case No. 2:18-cv-00794-JCM-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| TWIN TOWERS TRADING, INC, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Reschedule Hearing (ECF No. 81), filed February 14, 2019. Plaintiff shall have up and until, **February 21, 2019** to file an objection. If no objection is filed, the Court will grant Defendant's request. Defendant's Motion did not indicate whether the parties met and conferred before bringing the instant motion. A party should attempt to meet and confer regarding a stipulation to continue a hearing date before filing a motion for such a continuance.

Dated this 15th day of February, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1