UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOMERUN PRODUCTS, LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TWIN TOWERS TRADING, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-00794-JCM-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant's Motion for Protective Order and Statement of Points and Authorities in Support (ECF No. 106), filed on June 25, 2019. Defendant's Motion indicates that HomeRun Product's "consent[s] to the Court's entry [of] the attached Proposed Order and relief sought." *Motion*, (ECF No. 106) at 7. However, the Proposed Order does not appear to be attached to Defendant's Motion. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Defendant supplement its Motion by filing the attached proposed order, as referenced on page seven of its Motion.

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall have seven (7) days from the entry of this Order in which to file any opposition, otherwise the Court will infer consent to entry of the proposed order.

　　　　DATED this 26th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge